EDITH E. STILES, Respondent, v. CHARLES C. ANNABEL, Appellant.— Motion denied, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

In the Matter of the Claim of JOHN JACKSON, Respondent, against RICHARD SAUNDERS and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

P. J. TIERNEY SONS, INC., Appellant, v. SELLEY'S EXPRESS, Respondent.— Order affirmed, with ten dollars costs and disbursements. Van Kirk, P. J., Hinman, Whitmyer and Hasbrouck, JJ., concur; Hill, J., dissents.

In the Matter of the Application of the YONKERS RAILROAD COMPANY, Appellant, against WILLIAM A. PRENDERGAST and Others, Individually and as Public Service Commissioners and Members of the PUBLIC SERVICE COMMISSION, Constituting the State Division of the Department of Public Service, State of New York, and Others, Respondents.— Order unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

In the Matter of the Claim of JUNA L. PAPWORTH and WARD E. STEVENS against the CITY OF NEW YORK, under Section 42, Chapter 724 of the Laws of 1905, as Amended by Section 9, Chapter 314 of the Laws of 1906, and Acts Amendatory Thereto.— Order unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

WILLIAM W. RIDER, JR., Respondent, v. DEXTER & CARPENTER, INC., Appellant.— Judgment unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BENJAMIN A. BOYCE, Appellant.— Judgment of conviction affirmed. Van Kirk, P. J., Hinman, Davis and Whitmyer, JJ., concur; Hill, J., dissents and votes for reversal and a new trial.

MARY E. BLEVINS, Appellant, v. WALTER J. BLEVINS, Respondent.— Interlocutory judgment and order unanimously affirmed. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

WILLIS H. FRANK, Respondent, v. MARTIN B. EATON and Others, Appellants. — Judgment and order unanimously affirmed, with costs, on the authority of Frank v. Eaton (225 App. Div. 149). Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

In the Matter of the Estate of EMLA TUTTLE, Deceased.— Decree unanimously affirmed, with costs against the appellant. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

ALEXANDER SHERBOIN, Appellant, v. MANHATTAN MOON COMPANY, INC., Respondent, and Others, Defendants.— Order unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

JOSEPH McCABE, Appellant, v. CRAVER, COWEE & BAXTER, INC., Respondent.— Judgment unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

CHARLES H. RORK, Respondent, v. AUGUST SOKOL, Appellant.— Judgment and order unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.